UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 22-523-MWF(ASx)**                                    Dated: **September 7, 2022**

Title:        Ramin M. Roohipour, M. D., Inc. -v- ILWU-PMA Welfare Plan, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

    In light of the Notice of Settlement [37] filed August 29, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for October 31, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk  __rs__
CIVIL - GEN